UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENVIRO TECH CHEMICAL
SERVICES, INC., a
California corporation,

        NO. CIV. S-08-0374 LKK/KJM

       Plaintiff,

  v.

ALBEMARLE CORPORATION, a,
Virginia corporation,          **O R D E R**

       Defendants.
_____/

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

/////

1  IT IS ORDERED that any hearing dates currently set before the
2 undersigned are **VACATED.**
3  IT IS FURTHER ORDERED that the Clerk of the Court reassign
4 this case to the Honorable Kimberly J. Mueller.  All future
5 documents filed in the above-captioned case shall reference the
6 following case number:  No. Civ. S-08-0374 KJM.
7  DATED: May 8, 2008

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

11  Having also reviewed the file, I accept reference of this case
12 for all further proceedings and entry of final judgment.
13  DATED: May 14, 2008

U.S. MAGISTRATE JUDGE

2