Joel W. Mohrman, Texas Bar No. 14253500, P*ro Hac Vice*
Anderson L. Cao, Texas Bar No. 24031910, *Pro Hac Vice*
MCGLINCHEY STAFFORD PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713.520.1900
Facsimile: 713-520-1025

M. Taylor Florence, State Bar No. 195695
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendant
ALBEMARLE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ALBEMARLE CORPORATION, a Virginia corporation,<br><br>　　　　　　Defendant. | Case No.: 2:08-CV-00374 KJM<br><br>**STIPULATION AND MODIFIED SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIM. | |

Plaintiff ENVIRO TECH CHEMICAL SERVICES, INC., by its undersigned counsel, and Defendant ALBEMARLE CORPORATION, by its undersigned counsel, hereby stipulate, pursuant to Local Rule 83-143, and mutually request a brief extension of certain dates established in the current Scheduling Order, Document 27 filed July 3, 2008, to allow the parties additional time to continue the informal settlement process currently underway regarding the alleged infringement/non-infringement of the patent-in-suit.

The parties have been engaged in settlement negotiations and have been exchanging confidential technical data related to the infringement/non-infringement issues. That process

– 1 –

STIPULATION AND MODIFIED SCHEDULING ORDER

should be completed within the next 30 days and a brief extension of the current litigation schedule would result in continued conservation of judicial resources and further cost savings to the parties.

DATED: October 6, 2008                MCGLINCHEY STAFFORD, PLLC

By: /s/ Joel W. Mohrman
Joel W. Mohrman, Pro Hac Vice
Attorneys for Defendant
ALBEMARLE CORPORATION

BULLIVANT HOUSER BAILEY PC

By: /s/ M. Taylor Florence
M. Taylor Florence
Attorneys for Defendant
ALBEMARLE CORPORATION

WEINTRAUB GENSHLEA CHEDIAK

By: /s/ Audrey A. Millemann
Audrey A. Millemann
Attorneys for Plaintiff
ENVIRO TECH CHEMICAL SERVICES, INC.

## ORDER

Pursuant to the foregoing stipulation of the parties, the current scheduling order is modified as follows:

1.  November 7, 2008        Exchange of Rule 26 Initial Disclosures

2.  November 17, 2008       Plaintiff to file its disclosure of asserted claims and preliminary infringement contentions with supporting documents.

    **After this date** it is necessary to obtain leave of court to add and/or amend infringement contentions.

    **Join additional parties.** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties.

    **Add new patents and/or claims for patents-in-suit.** It is not necessary to file a motion to add additional patents or claims before this date. Thereafter, it is necessary to obtain leave of court to add patents or claims.

3.  December 18, 2008       Defendant to file its preliminary invalidity contentions

– 2 –
STIPULATION AND MODIFIED SCHEDULING ORDER

|   |   |   |   |
|---|---|---|---|
| | | | with supporting documents. Thereafter, it is necessary to obtain leave of court to add and/or amend invalidity contentions. |
| | | | **Add any inequitable conduct allegations to pleadings.** Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| | | | Deadline for initial document production. |
| | 4. | January 5, 2009 | Parties to exchange proposed terms and claim elements for construction. |
| | 5. | January 23, 2009 | Parties to exchange preliminary claim constructions and identify extrinsic evidence. Privilege logs to be exchanged by parties (or a letter to the court stating that there are no disputes as to claims of privileged documents). |
| | 6. | February 23, 2009 | Parties to file their joint claim construction and prehearing statement. The statement is to include expert witness designation and report under Rule 26(a)(2). |
| | 7. | February 23, 2009 | Deadline for amended pleadings. |
| | 8. | March 6, 2009 | Responses to amended pleadings due. |
| | 9. | March 18, 2009 | Parties to complete discovery on claim construction, including expert depositions. |
| | 10. | April 9, 2009 | Plaintiff to file its claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| | 11. | April 23, 2009 | Defendant to file its responsive claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| | 12. | May 9, 2009 | Plaintiff to file its reply claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| | 13. | May 20, 2009 | Parties to submit claim construction chart in WordPerfect 8.0 (or higher) format. |
| | 14. | July 14, 2009 | <u>Markman</u> hearing to be held beginning at 9:00 a.m. before Judge Mueller. |

If further proceedings are necessary after the <u>Markman</u> hearing, a further status conference will be set to establish the further discovery, pre-trial and trial schedule.

IT IS SO ORDERED.

DATED: October 8, 2009.

_____
U.S. MAGISTRATE JUDGE

– 3 –
STIPULATION AND MODIFIED SCHEDULING ORDER