Audrey A. Millemann, State Bar No. 124954
Dale C. Campbell, State Bar No. 99173
**Weintraub Genshlea Chediak**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Enviro Tech Chemical Services, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation, | Case No. 2:08-CV-00374 KJM |
| Plaintiff, | **STIPULATED AND MODIFIED SCHEDULING ORDER** |
| v. | |
| ALBEMARLE CORPORATION, a Virginia corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Plaintiff Enviro Tech Chemical Services, Inc. and defendant Albemarle Corporation, by their undersigned counsel, hereby stipulate, pursuant to Local Rule 83-143, and mutually request a brief extension of certain dates established in the current Modified Scheduling Order, document no. 29 filed on October 9, 2008.  The parties exchanged initial disclosures on November 7, 2008.  The next deadlines in the current Modified Scheduling Order pertain primarily to the claim construction process.  The parties request that these dates be continued approximately 60 days to allow the parties

additional time to continue the informal settlement process currently underway regarding the alleged infringement/non-infringement of the patent-in-suit.

In connection with the informal settlement process, the parties have exchanged confidential technical information and data related to the issues of infringement/non-infringement. Each party's information has been reviewed by counsel for the opposing party and is currently being reviewed by technical persons for the opposing party. The parties believe that they have narrowed the issues and have made progress toward settlement; however, this initial review will likely result in the need for a further analysis or the exchange of additional information. Accordingly, the parties request that the current dates be continued approximately 60 days to allow the parties to continue the settlement process, to conserve judicial resources, and to maximize the efficiency of the litigation.

Respectfully submitted,

Dated: November 11, 2008         **MCGLINCHEY STAFFORD, PLLC**


By:  /s/ Joel W. Mohrman
     Joel W. Mohrman
Attorneys for Defendant
Albemarle Corporation


**BULLIVANT HOUSER BAILY PC**


By:  /s/ M. Taylor Florence
     M. Taylor Florence
Attorneys for Defendant
Albemarle Corporation


**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation


By:  /s/ Audrey A. Millemann
Audrey A. Millemann
Attorneys for Plaintiff
Enviro Tech Chemical Services, Inc.

{8568/16511/AAM/1074648.DOC;2}         2         STIPULATION AND MODIFIED SCHEDULING ORDER

ORDER

Pursuant to the foregoing stipulation of the parties, the current scheduling order is modified as follows:

| | | |
|---|---|---|
| 1. | January 16, 2009 | Plaintiff to file its disclosure of asserted claims and preliminary infringement contentions with supporting documents. |
| | | **After this date** it is necessary to obtain leave of court to add and/or amend infringement contentions. |
| | | **Join additional parties.** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties. |
| | | **Add new patents and/or claims for patents-in-suit.** It is not necessary to file a motion to add additional patents or claims before this date. Thereafter, it is necessary to obtain leave of court to add patents or claims. |
| 2. | February 18, 2009 | Defendant to file its preliminary invalidity contentions with supporting documents. Thereafter, it is necessary to obtain leave of court to add and/or amend invalidity contentions. |
| | | **Add any inequitable conduct allegations to pleadings.** Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| | | Deadline for initial document production. |
| 3. | March 5, 2009 | Parties to exchange proposed terms and claim elements for construction. |
| 4. | March 23, 2009 | Parties to exchange preliminary claim constructions and identify extrinsic evidence. Privilege logs to be exchanged by parties (or a letter to the court stating that there are no disputes as to claims of privileged documents). |
| 5. | April 23, 2009 | Parties to file their joint claim construction and prehearing statement. The statement is to include expert witness designation and report under Rule 26(a)(2). |
| 6. | April 23, 2009 | Deadline for amended pleadings. |
| 7. | May 6, 2009 | Responses to amended pleadings due. |
| 8. | May 18, 2009 | Parties to complete discovery on claim construction, including expert depositions. |

| | | |
|---|---|---|
| 9. | June 9, 2009 | Plaintiff to file its claim construction brief with supporting evidence.  Two sets of binders to be provided to the court. |
| 10. | June 23, 2009 | Defendant to file its responsive claim construction brief with supporting evidence.  Two sets of binders to be provided to the court. |
| 11. | July 9, 2009 | Plaintiff to file its reply claim construction brief with supporting evidence.  Two sets of binders to be provided to the court. |
| 12. | July 20, 2009 | Parties to submit claim construction chart in WordPerfect 8.0 (or higher) format. |
| 13. | August 5, 2009 | <u>Markman</u> hearing to be held beginning at 9:00 a.m. before Judge Mueller. |

If further proceedings are necessary after the <u>Markman</u> hearing, a further status conference will be set to establish the further discovery, pre-trial and trial schedule.

IT IS SO ORDERED :

DATED:  November 14, 2008

_____
U.S. MAGISTRATE JUDGE

STIPULATION AND MODIFIED SCHEDULING ORDER

{8568/16511/AAM/1074648.DOC;2}   4