Joel W. Mohrman, Texas Bar No. 14253500, *Pro Hac Vice*
Anderson L. Cao, Texas Bar No. 24031910, *Pro Hac Vice*
MCGLINCHEY STAFFORD PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713.520.1900
Facsimile: 713.520.1025

M. Taylor Florence, State Bar No. 159695
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendant
ALBEMARLE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALBEMARLE CORPORATION, a Virginia corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 2:08-CV-00374 KJM<br><br>**STIPULATION AND ORDER TO FURTHER MODIFY SCHEDULING ORDER** |

Defendant Albemarle Corporation and Plaintiff Enviro Tech Chemical Services, Inc., by and through their undersigned counsel, hereby stipulate, pursuant to Local Rule 83-143, and mutually request to further extend certain dates appearing in the current Modified Scheduling Order, document no. 33 filed on January 21, 2009.

The parties exchanged initial disclosures on November 7, 2008. As required by the present Scheduling Order, Plaintiff disclosed asserted claims and preliminary infringement contentions on March 16, 2009. In addition, the parties have continued their attempts to informally settle this matter. Presently, the parties have exchanged draft settlement documents and are attempting to come to agreement on the final terms of a written settlement agreement that has been proposed by Defendant. As the parties believe that settlement is now likely and do not wish to expend resources on further disclosure of litigation contentions, they ask that the Court again extend the remaining dates in the Scheduling Order by 60 days. Such extension will conserve judicial resources and maximize the efficiency of the litigation.

Respectfully submitted,

DATED: April 3, 2009

MCGLINCHEY STAFFORD, PLLC
/s/ Joel W. Mohrman

By
    Joel W. Mohrman
Attorneys for Defendant ALBEMARLE
CORPORATION, a Virginia corporation

DATED: April 3, 2009

BULLIVANT HOUSER BAILEY PC
/s/ M. Taylor Florence

By
    M. Taylor Florence
Attorneys for Defendant ALBEMARLE
CORPORATION, a Virginia corporation

DATED: April 3, 2009

WEINTRAUB GENSHLEA CHEDIAK
/s/Audrey A. Millemann

By
    Audrey A. Millemann
Attorneys for Plaintiff ENVIRO TECH CHEMICAL
SERVICES, INC., a California corporation

## **ORDER**

Pursuant to the foregoing stipulation of the parties, the current scheduling order is modified as follows:

| | | |
|---|---|---|
| 1. | March 16, 2009 | Plaintiff filed its disclosure of asserted claims and preliminary infringement contentions with supporting documents. |
| | | **After this date**, it is necessary to obtain leave of court to add and/or amend infringement contentions. |
| | | **Join additional parties**. It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties. |
| | | **Add new patents and/or claims for patents-in-suit**. It is not necessary to file a motion to add patents or claims |
| 2. | June 19, 2009 | Defendant to file its preliminary invalidity contentions with supporting documents. Thereafter, it is necessary to obtain leave of court to add and/or amend invalidity contentions. |
| | | **Add any inequitable conduct allegations to pleadings**. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| | | Deadline for initial document production. |
| 3. | July 7, 2009 | Parties to exchange proposed terms and claim elements for construction. |
| 4. | July 24, 2009 | Parties to exchange preliminary claim constructions and identify extrinsic evidence. Privilege logs to be exchanged by parties (or a letter to the court stating that there are no disputes as to claims of privileged documents). |
| 5. | August 25, 2009 | Parties to file their joint claim construction and prehearing statement. The statement is to include an expert witness designation and report on claims construction issues under Rule 26(a)(2). |

| | |
|---|---|
| 6. August 25, 2009 | Deadline for amended pleadings. |
| 7. September 8, 2009 | Responses to amended pleadings due. |
| 8. September 18, 2009 | Parties to complete discovery on claim construction, including expert depositions. |
| 9. October 9, 2009 | Plaintiff to file its claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| 10. October 23, 2009 | Defendant to file its responsive claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| 11. November 9, 2009 | Plaintiff to file its reply claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| 12. November 23, 2009 | Parties to submit claim construction chart in WordPerfect 8.0 (or higher) format. |
| 13. January 4, 2010 | *Markman* hearing to be held beginning at 9:00 a.m. before Judge Mueller. |

If further proceedings are necessary after the *Markman* hearing, a further status conference will be set to establish the further discovery, pre-trial and trial schedule.

　　　　IT IS SO ORDERED.

DATED: April 14, 2009.

_____
U.S. MAGISTRATE JUDGE

– 4 –

**STIPULATION AND ORDER TO FURTHER MODIFY SCHEDULING ORDER**　　4