Joel W. Mohrman, Texas Bar No. 14253500, *Pro Hac Vice*
Anderson L. Cao, Texas Bar No. 24031910, *Pro Hac Vice*
MCGLINCHEY STAFFORD PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713.520.1900
Facsimile: 713.520.1025

M. Taylor Florence, State Bar No. 159695
Michael S. Wilcox, State Bar No. 215269
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendant
ALBEMARLE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALBEMARLE CORPORATION, a Virginia corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 2:08-CV-00374 KJM<br><br>**STIPULATION AND ORDER TO MODIFY THE APRIL 14, 2009 SCHEDULING ORDER** |

Defendant Albemarle Corporation and Plaintiff Enviro Tech Chemical Services, Inc., by and through their undersigned counsel, hereby stipulate, pursuant to Local Rule 83-143, and mutually request to further extend certain dates appearing in the current Modified Scheduling Order, document no. 36 filed on April 14, 2009.

The parties exchanged initial disclosures on November 7, 2008. As required by the present Scheduling Order, Plaintiff disclosed asserted claims and preliminary infringement contentions on March 16, 2009.

The parties are currently engaged in settlement negotiations. The parties have

1  exchanged and are in the process of exchanging data and other information relating to the
2  accused products and their respective experts are analyzing this data and information in review
3  of Plaintiff's infringement allegations.  The parties continue to believe that these efforts will
4  result in the settlement of this matter and they do not wish to expend resources on the disclosure
5  of litigation contentions, the production of documents or involve the Court in what is likely to
6  be needless litigation.

7        As such, the parties ask that the Court again extend the remaining dates in the
8  Scheduling Order by 60 days.  Such extension will conserve judicial resources and maximize
9  the efficiency of the litigation.

10 DATED:  June 4, 2009
                MCGLINCHEY STAFFORD, PLLC

                By  /s/ Joel W. Mohrman
                    Joel W. Mohrman
                Attorneys for Defendant ALBEMARLE
                CORPORATION, a Virginia corporation

15 DATED:  June 4, 2009
                BULLIVANT HOUSER BAILEY PC

                By  /s/ Michael S. Wilcox
                    M. Taylor Florence
                    Michael S. Wilcox
                Attorneys for Defendant ALBEMARLE
                CORPORATION, a Virginia corporation

20 DATED:  June 4, 2009
                WEINTRAUB GENSHLEA CHEDIAK

                By  /s/Audrey A. Millemann
                    Audrey A. Millemann
                Attorneys for Plaintiff ENVIRO TECH
                CHEMICAL SERVICES, INC., a California
                corporation

**STIPULATION AND ORDER
TO MODIFY THE APRIL 14, 2009 SCHEDULING ORDER**

# **ORDER**

Pursuant to the foregoing stipulation of the parties, the current scheduling order is modified as follows:

| | | |
|---|---|---|
| 1. | March 16, 2009 | Plaintiff filed its disclosure of asserted claims and preliminary infringement contentions with supporting documents. |
| | | **After this date**, it is necessary to obtain leave of court to add and/or amend infringement contentions. |
| | | **Join additional parties**. It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties. |
| | | **Add new patents and/or claims for patents-in-suit**. It is not necessary to file a motion to add patents or claims |
| 2. | August 18, 2009 | Defendant to file its preliminary invalidity contentions with supporting documents. Thereafter, it is necessary to obtain leave of court to add and/or amend invalidity contentions. |
| | | **Add any inequitable conduct allegations to pleadings**. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| | | Deadline for initial document production. |
| 3. | September 8, 2009 | Parties to exchange proposed terms and claim elements for construction. |
| 4. | September 22, 2009 | Parties to exchange preliminary claim constructions and identify extrinsic evidence. Privilege logs to be exchanged by parties (or a letter to the court stating that there are no disputes as to claims of privileged documents). |
| 5. | October 26, 2009 | Parties to file their joint claim construction and prehearing statement. The statement is to include an expert witness designation and report on claims construction issues under Rule 26(a)(2). |
| 6. | October 26, 2009 | Deadline for amended pleadings. |
| 7. | November 9, 2009 | Responses to amended pleadings due. |

| | | |
|---|---|---|
| 8. | November 17, 2009 | Parties to complete discovery on claim construction, including expert depositions. |
| 9. | December 8, 2009 | Plaintiff to file its claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| 10. | December 22, 2009 | Defendant to file its responsive claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| 11. | January 8, 2010 | Plaintiff to file its reply claim construction brief with supporting evidence. Two sets of binders to be provided to the court. |
| 12. | January 22, 2010 | Parties to submit claim construction chart in WordPerfect 8.0 (or higher) format. |
| 13. | March 5, 2010 | *Markman* hearing to be held beginning at 9:00 a.m. before Judge Mueller. |

If further proceedings are necessary after the *Markman* hearing, a further status conference will be set to establish the further discovery, pre-trial and trial schedule.

IT IS SO ORDERED.

DATED: June 10, 2009.

_____
U.S. MAGISTRATE JUDGE

– 4 –

**STIPULATION AND ORDER
TO MODIFY THE APRIL 14, 2009 SCHEDULING ORDER**