Joel W. Mohrman, Texas Bar No. 14253500, *Pro Hac Vice*
Anderson L. Cao, Texas Bar No. 24031910, *Pro Hac Vice*
MCGLINCHEY STAFFORD PLLC
1001 McKinney, Suite 1500
Houston, Texas  77002
Telephone: 713.520.1900
Facsimile: 713.520.1025

M. Taylor Florence, State Bar No. 159695
Michael S. Wilcox, SBN 215269
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendant
ALBEMARLE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALBEMARLE CORPORATION, a Virginia corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | **Case No.: 2:08-CV-00374 KJM**<br><br>**STIPULATION AND ORDER TO MODIFY THE JUNE 11, 2009 SCHEDULING ORDER** |

Defendant Albemarle Corporation and Plaintiff Enviro Tech Chemical Services, Inc., by and through their undersigned counsel, hereby stipulate, pursuant to Local Rule 83-143, and mutually request to further extend certain dates appearing in the current Modified Scheduling Order, document no. 38, filed on June 11, 2009.

The parties exchanged initial disclosures on November 7, 2008.  As required by the present Scheduling Order, Plaintiff disclosed asserted claims and preliminary infringement contentions on March 16, 2009.  The parties thereafter agreed to seek to extend all scheduled dates as needed so as to continue settlement negotiations and avoid further discovery.

The parties are now on the verge of finalizing their long-negotiated settlement agreement and believe that only a final meeting and exchange of data is necessary to conclude this matter. As such, they do not wish to expend resources on the disclosure of litigation contentions or the production of documents and, therefore, ask the Court, one further time, to extend the remaining dates in the Scheduling Order by 30 days.  The parties believe that such an extension will conserve judicial resources.

DATED:  August 17, 2009

MCGLINCHEY STAFFORD, PLLC


By  /s/ Joel W. Mohrman
    Joel W. Mohrman
Attorneys for Defendant ALBEMARLE
CORPORATION, a Virginia corporation

DATED:  August 17, 2009

BULLIVANT HOUSER BAILEY PC


By  /s/ Michael S. Wilcox
    M. Taylor Florence
    Michael S. Wilcox
Attorneys for Defendant ALBEMARLE
CORPORATION, a Virginia corporation

DATED:  August 17, 2009

WEINTRAUB GENSHLEA CHEDIAK


By  /s/ Audrey A. Millemann
    Audrey A. Millemann
Attorneys for Plaintiff ENVIRO TECH
CHEMICAL SERVICES, INC., a California
corporation

**STIPULATION AND ORDER
TO MODIFY THE JUNE 11, 2009 SCHEDULING ORDER**

## ORDER

Pursuant to the foregoing stipulation of the parties, the current scheduling order is modified as follows:

| | | |
|---|---|---|
| 1. | March 16, 2009 | Plaintiff filed its disclosure of asserted claims and preliminary infringement contentions with supporting documents. |
| | | **After this date**, it is necessary to obtain leave of court to add and/or amend infringement contentions. |
| | | **Join additional parties**. It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties. |
| | | **Add new patents and/or claims for patents-in-suit**. It is not necessary to file a motion to add patents or claims |
| 2. | September 15, 2009 | Defendant to file its preliminary invalidity contentions with supporting documents. Thereafter, it is necessary to obtain leave of court to add and/or amend invalidity contentions. |
| | | **Add any inequitable conduct allegations to pleadings**. Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations to pleadings. |
| | | Deadline for initial document production. |
| 3. | October 5, 2009 | Parties to exchange proposed terms and claim elements for construction. |
| 4. | October 19, 2009 | Parties to exchange preliminary claim constructions and identify extrinsic evidence. Privilege logs to be exchanged by parties (or a letter to the court stating that there are no disputes as to claims of privileged documents). |
| 5. | November 30, 2009 | Parties to file their joint claim construction and prehearing statement. The statement is to include an expert witness designation and report on claims construction issues under Rule 26(a)(2). |
| 6. | November 30, 2009 | Deadline for amended pleadings. |
| 7. | December 14, 2009 | Responses to amended pleadings due. |

| | | |
|---|---|---|
| 8. | December 21, 2009 | Parties to complete discovery on claim construction, including expert depositions. |
| 9. | January 19, 2010 | Plaintiff to file its claim construction brief with supporting evidence.  Two sets of binders to be provided to the court. |
| 10. | February 2, 2010 | Defendant to file its responsive claim construction brief with supporting evidence.  Two sets of binders to be provided to the court. |
| 11. | February 9, 2010 | Plaintiff to file its reply claim construction brief with supporting evidence.  Two sets of binders to be provided to the court. |
| 12. | February 23, 2010 | Parties to submit claim construction chart in WordPerfect 8.0 (or higher) format. |
| 13. | April 16, 2010 | *Markman* hearing to be held beginning at 9:00 a.m. before Judge Mueller. |

If further proceedings are necessary after the *Markman* hearing, a further status conference will be set to establish the further discovery, pre-trial and trial schedule.

IT IS SO ORDERED:

DATED: August 20, 2009.

11856363.1

_____
U.S. MAGISTRATE JUDGE

– 4 –
**STIPULATION AND ORDER**
**TO MODIFY THE JUNE 11, 2009 SCHEDULING ORDER**